ACCEPTED
03-15-00201-CV
5601437
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 1:10:39 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00201-CV**

_____

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 1:10:39 PM
JEFFREY D. KYLE
Clerk

_____

WAYNE NOVY, by and through his legal guardian Forrest Novy,
*Appellant*,

vs.

TEXAS HEALTH AND HUMAN SERVICES COMMISSION and KYLE JANEK, in his official capacity as Executive Commissioner of the Texas Health and Human Services Commission,
*Appellees*.

_____

*ON APPEAL FROM COUNTY COURT AT LAW NO. 1, TRAVIS COUNTY*

_____

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**

Pursuant to Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure, Appellant Wayne Novy ("Mr. Novy"), by and through his legal guardian Forrest Novy, moves the Court in this unopposed motion for a thirty day extension of time to file his opening brief in this matter.

1.    Mr. Novy is appealing from the Order Granting Defendants' Plea to the Jurisdiction, signed on April 1, 2015, by the presiding judge of the County Court at Law No. 1, Travis County.

1

2. The current deadline for Mr. Novy to file his opening brief in this appeal in July 8, 2015.

3. Mr. Novy seeks a 30-day extension, until August 7, 2015, to file his opening brief.

4. The additional thirty days is needed because my wife and I had planned to be away on vacation during the end-of-June/early July period when the opening brief would be coming due. That, combined with the press of other case-related business, would make it difficult to mee the current July 9 deadline. The requested additional time would allow preparation of a more carefully researched brief that should prove more helpful to the Court.

5. This is Mr. Novy's first request for an extension of time to file his opening brief.

Based upon the foregoing matters, Mr. Novy urges the Court to grant this unopposed motion and allow him thirty additional days—until August 7, 2015—to file his opening brief in this case.

Respectfully submitted,

___/s/ Renea Hicks_____
Renea Hicks
State Bar No. 09580400
LAW OFFICE OF MAX RENEA HICKS
101 West 6th Street, Suite 504

Austin, Texas 78701-2934
(512) 480-8231
(512) 480-9105 fax
rhicks@renea-hicks.com

ATTORNEY FOR WAYNE NOVY

## CERTIFICATE OF CONFERENCE

I conferred by e-mail on June 9, 2015, with Eugene Clayborn, counsel for Appellees, on whether his clients would oppose the extension requested in this motion. By reply e-mail on the same day, he indicated that he would not oppose the relief requested.

_/s/ Renea Hicks_____
Renea Hicks

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Appellant's Unopposed Motion for Extension of Time to File Opening Brief has been served through the electronic filing system on the following counsel of record for the appellees on June 9, 2015:

Eugene A. Clayborn, Assistant Attorney General
Deputy Chief, Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
eugene.clayborn@texasattorneygeneral.gov.

_/s/ Renea Hicks_____
Renea Hicks